# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEEANN JOY COLEMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-17-410-BMJ ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of Defendant, Acting Commissioner of the Social Security Administration, denying Plaintiff's applications for disability insurance benefits and supplemental security income is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 18th day of January, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE